1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RAYNARD VALLERY,                          No.  2:19-CV-1813-JAM-DMC-P

12              Plaintiff,

13         v.                                   <u>ORDER</u>

14    DEGALLEGOS, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to

19    Eastern District of California local rules.

20          On July 23, 2020, the Magistrate Judge filed findings and recommendations herein

21    which were served on the parties and which contained notice that the parties may file objections

22    within the time specified therein.  Timely objections to the findings and recommendations have

23    been filed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304(f), this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

26    entire file, the Court finds the findings and recommendations to be supported by the record and by

27    proper analysis.

28    / / /

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.      The findings and recommendations filed July 23, 2020, are adopted in full;

3          2.      This action is dismissed without prejudice; and

4          3.      The Clerk of the Court is directed to enter judgment and close this file.

5

6

7    DATED: October 6, 2020                      /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
8                                                UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2