IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD VALLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEGALLEGOS, et al.,<br><br>    Defendants. | No. 2:19-CV-1813-DAD-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 37, for an order directing service on Defendant Degallegos.

        On October 5, 2021, the Court determined service was appropriate for Defendants Degallegos, Halverson, and Neuschmid. See ECF No .27. On October 27, 2021, summons was returned unexecuted by the United States Marshal as to Degallegos. See ECF No. 32. In particular, Plaintiff had failed to provide sufficient identifying information, listing the defendant to be served simply as "Degallegos." Id. Plaintiff did not provide the United States Marshal with Defendant Degallegos' first name or address. See id. The United States Marshal was unable to serve summons. See id. Plaintiff must provide additional information to serve this defendant. It is not the Court's responsibility or the prison's responsibility to do so. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code

§ 6250, et seq., or other means available to Plaintiff.  If access to the required information is denied or unreasonably delayed – which has not been alleged so far – Plaintiff may seek judicial intervention.  Once additional information sufficient to effect service is obtained, Plaintiff shall notify the Court whereupon Plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).

        Accordingly, IT IS HEREBY ORDERED that:

    1.     Plaintiff's motion, ECF No. 37, for an order directing service on Defendant Degallegos is denied as unnecessary; and

    2.     Plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the Court once such information is ascertained.

Dated:  September 12, 2022

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE